## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DENNIS ANTHONY CANGIARELLA,

        Petitioner,

v.

MIKE WENEROWICZ, Warden,

        Respondent.

CIVIL ACTION NO. 3:13-CV-02121

(MUNLEY, J.)
(MEHALCHICK, M.J.)

### ORDER

**AND NOW**, this 7th day of November, 2013, upon consideration of Plaintiff's Motion for Reconsideration (Doc. 11), **IT IS HEREBY ORDERED** that, for the reasons set forth in the Memorandum filed concurrently with this Motion, the motion is **DENIED**.

BY THE COURT:

Date: November 7, 2013

s/ Karoline Mehalchick
KAROLINE MEHALCHICK
United States Magistrate Judge