# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS ANTHONY CANGIARELLA,** | : | No. 3:13cv2121 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Mehalchick) |
| **MIKE WENEROWICZ, Warden,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this day 30th of March 2015, it is hereby **ORDERED** as follows:

   1) Magistrate Judge Karoline Mehalchick's report and recommendation (Doc. 28) is hereby **ADOPTED**;

   2) Petitioner Dennis Anthony Cangiarella's objections (Doc. 29) are **OVERRULED**;

   3) The petition for a writ of habeas corpus (Doc. 1) is **DENIED**;

   4) Based upon the reasoning in the accompanying memorandum we find no basis for issuing a certificate of appealability and thus we decline to issue one;

   5) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**

**JUDGE JAMES M. MUNLEY**
**United States District Court**